IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| DAIRA MORALES-TORRES, et al., **Plaintiffs,** v. CARIBEX WORLDWIDE, **Defendant.** | CIVIL NO. 10-1001 (GAG) |

**VERDICT FORM**

1. Do you find by a preponderance of the evidence that CARIBEX was negligent?

    YES  X      NO ___

If your answer to Question No. 1 is "YES," please proceed to Question No. 2. If your answer to Question No. 1 is "NO," then your duty as a jury is over. Proceed to the end of this form, and have the Foreperson sign and date it.

2. Do you find by a preponderance of the evidence that the negligence of CARIBEX was the proximate cause of the accident?

    YES  X      NO ___

If your answer to Question No. 2 is "YES," please proceed to Question No. 3. If your answer to Question No. 2 is "NO," then

your duty as a jury is over. Proceed to the end of this form, and have the Foreperson sign and date it.

    3. Do you find by a preponderance of the evidence that the negligence of CARIBEX caused damages to the plaintiffs?

        YES  X      NO ___

    If your answer to Question No. 3 is "YES," please proceed to Question No. 4. If your answer to Question No. 3 is "NO," then your duty as a jury is over. Proceed to the end of this form, and have the Foreperson sign and date it.

    4. Please indicate the amount of damages, if any, suffered by each of the plaintiffs:

    Ms. Daira Morales-Torres:
        Medical Expenses (Life Care Plan)   $979,944
        Lost Salaries Past and Future       $780,000
        Physical Pain and Suffering         $250,000
        Emotional Pain and Suffering        $250,000
    Ms. Janaira Lamberty-Morales:
        Emotional Pain and Suffering        $250,000

    Now, please proceed to Question No. 5.

    5. Do you find by a preponderance of the evidence that plaintiff Ms. Daira Morales-Torres was negligent?

    YES \_\_\_    NO  ✗

    If your answer to Question No. 5 is "YES," please proceed to Question No. 6. If your answer to Question No. 5 is "NO," then your duty as a jury is over. Proceed to the end of this form, and have the Foreperson sign and date it.

    6. Do you find by a preponderance of the evidence that the negligence of plaintiff Ms. Daira Morales-Torres contributed to the accident?

    YES \_\_\_    NO \_\_\_

    7. If your answer to Question No. 6 is "YES," what percentage of Ms. Daira Morales-Torres' injuries were caused by her own negligence? What percentage of Ms. Daira Morales-Torres' injuries were caused by CARIBEX's negligence? In doing so, do not change the amounts awarded in question 4.

    Daira Morales-Torres   \_\_\_\_\_%
    CARIBEX                  \_\_\_\_\_%

?

Signed: _____ Date: 6/29/2011
        Jury Foreperson