AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

DAIRA MORALES-TORRES, et al.

V.

CARIBEX WORLDWIDE

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-1001 (GAG)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on June 29, 2011.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that pursuant to the jury verdict judgment is hereby entered in favor of plaintiff Daira Morales-Torres in the amount of $2,259,944.00., and in favor of plaintiff J. L. M. in the amount of $250,000.00.

June 29, 2011
Date

Gustavo A. Gelpí
U.S. District Judge
Judicial Officer or Clerk

s/Carlos J. Rodríguez, Courtroom Deputy Clerk
(By) Deputy Clerk