# United States Court of Appeals
## For the First Circuit

No. 11-1345

DAIRA MORALES-TORRES; J. L. M., minor

Plaintiffs - Appellees

v.

CARIBEX WORLDWIDE; REAL LEGACY ASSURANCE COMPANY, INC.

Defendants/Third Party Plaintiffs - Appellants

v.

JAVIER COLON-ORTIZ; JR. DIESEL, INC.; NATIONAL INSURANCE COMPANY

Third Party Defendants

**JUDGMENT**

Entered: August 31, 2011
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' motion for voluntary dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Ernesto R. Irizarry
Jorge Manuel Izquierdo San Miguel
Roberto Marquez-Sanchez
Carlos J. Morales-Bauza
Ramon E. Segarra-Berrios